
Unsealed on 1/25/12

~~SEALED~~

FILED
12 JAN 23 AM 9:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. '12MJ0232
    Plaintiff, )
    v. ) MOTION TO FILE COMPLAINT UNDER SEAL AND ORDER THEREON
Nichole Marie MARTINEZ, )
    Defendant. )

Plaintiff, United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Jaime D. Parks, Assistant U.S. Attorney, moves that the complaint and this motion and order be filed under seal because they pertain to an ongoing wiretap investigation.

DATED: January 23, 2012.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

/s/ Jaime Parks
JAIME D. PARKS
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: January 23, 2012.

THE HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE